**ORIGINAL**

David M. Monachino (DM 1527)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500

Michael D. Wexler, Esq. (to be admitted *pro hac vice*)
Jason P. Steihl, Esq. (to be admitted *pro hac vice*)
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

Attorneys for Plaintiff ITW Tech Spray, L.L.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ITW Tech Spray, L.L.C.,                          :   **ECF Case**
                                                 :
                           Plaintiff,            :   Case No. 07-CV-6676
        vs.                                      :
                                                 :
                                                 :   **NOTICE OF MOTION TO ADMIT**
Tech Spray Management Company, L.L.C.,           :   **COUNSEL *PRO HAC VICE***
Richard Russell and Rita Russel,                 :
                                                 :
                                                 :
                           Defendants.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x




PLEASE TAKE NOTICE that, upon the accompanying Affidavit of Michael D. Wexler.

in support of this motion, the Exhibit A annexed thereto; the Affidavit of Jason P. Stiehl in

support of this motion, the Exhibit B annexed thereto; the Affirmation of David M. Monachino

in support of this motion; and proposed Order Admitting Counsel *Pro Hac Vice*, and upon all the

prior pleadings and proceedings herein, Plaintiff ITW Tech Spray, L.L.C. will move this Court,

at a date and time to be determined by the Court, before the Honorable Judge Crotty, United

States District Judge, pursuant to Rule 1.3(c) of the Local Civil Rules of the United States

NY1 26479330.1

District Courts for the Southern and Eastern Districts of New York, for an Order allowing the *pro hac vice* admissions of Michael D. Wexler and Jason P. Stiehl, members of the firm Seyfarth Shaw LLP, 131 South Dearborn Street, Suite 2400, Chicago, Illinois, to represent plaintiff, along with their colleague from the New York office of Seyfarth Shaw LLP, in the above-captioned action in this Court.

Dated: New York, New York
       August 16, 2007

              SEYFARTH SHAW LLP

            By_____
              David M. Monachino (DM-1527)
              620 Eighth Avenue
              New York, New York 10018
              (212) 218-5500

              -and-

              Michael D. Wexler
                (to be admitted *pro hac vice*)
              Jason P. Stiehl
                (to be admitted *pro hac vice*)
              131 South Dearborn Street, Suite 2400
              Chicago, Illinois 60603
              (312) 460-5000

            Attorneys for Plaintiff ITW Tech Spray, L.L.C.

TO: Tech Spray Management Company L.L.C.
   P.O. Box 949
   Amarillo, TX 79105

   Rita Russell
   P.O. Box 3036
   Carefree, AZ 85377

NY1 26479330.1

Richard Russell
P.O. Box 3036
Carefree, AZ 85377

Jeffrey G. Shrader, Esq.
Sprouse Shrader Smith P.C.
701 S. Taylor, Suite 500
Amarillo, Texas 79105

Vineet Bhatia, Esq.
Susman Godfrey, LLP
1000 Louisiana
Suite 5100
Houston, Texas 77002

NY1 26479330.1

David M. Monachino (DM 1527)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500

Michael D. Wexler, Esq. (to be admitted *pro hac vice*)
Jason P. Steihl, Esq. (to be admitted *pro hac vice*)
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

Attorneys for Plaintiff ITW Tech Spray, L.L.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ITW Tech Spray, L.L.C., | : **ECF Case** |
| | : |
| Plaintiff, | : Case No. 07-CV-6676 |
| vs. | : |
| | : |
| | : **AFFIRMATION OF DAVID M.** |
| Tech Spray Management Company, L.L.C., | : **MONACHINO, ESQ. IN SUPPORT** |
| Richard Russell and Rita Russel, | : **OF <u>PRO HAC VICE</u> ADMISSION** |
| | : |
| | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK   )
                    ) s.s.:
COUNTY OF NEW YORK  )

      DAVID M. MONACHINO, being duly sworn, deposes and says:

      1.      I am a member of the Bar of the State of New York and the Bar of this Court, and a partner with the law firm of Seyfarth Shaw LLP, maintaining an office at 620 Eighth Avenue, New York, New York, 10018. I respectfully submit this affirmation in support of plaintiff's application to admit Michael D. Wexler and Jason Patrick Stiehl *pro hac vice* to represent plaintiff in the above-captioned action in this Court.

NY1 26478613.1

2. Mr. Wexler and Mr. Stiehl are resident in this firm's Chicago office, located at 131 South Dearborn Street, Suite 2400, Chicago, IL 60603-5577. As set forth in their respective affidavits in support of this motion, plaintiff has expressly requested that Mr. Wexler and Mr. Stiehl represent it in this matter.

3. As set forth in his affidavit in support of this motion, Mr. Wexler is a member in good standing of the Bar of the State of Illinois as well as of the United States District Court for the Northern District of Illinois and is of high moral character.

4. As set forth in his affidavit in support of this motion, Mr. Stiehl is a member in good standing of the Bar of the State of Illinois as well as of the United States District Court for the Northern District of Illinois and is of high moral character.

5. Neither Mr. Wexler and Mr. Stiehl have been suspended or disbarred by any court, and there are no disciplinary proceedings pending against them in any state or federal court.

6. Mr. Wexler and Mr. Stiehl are familiar with and have reviewed all rules governing the United States District Court for the Southern District of New York and have sworn to comply with those rules, including the Local Rules of Practice for the United States District Court for the Southern District of New York, the Civility Principles of the United States District Court for the Southern District of New York and the New York State Lawyer's Code of Professional Responsibility.

WHEREFORE, Plaintiff ITW Tech Spray, L.L.C. respectfully requests that this Court enter the proposed Order submitted herewith approving the admission *pro hac vice* of Michael D. Wexler and Jason Patrick Stiehl.

Dated: New York, New York
       August 16, 2007

_____
David M. Monachino

David M. Monachino (DM 1527)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500

Michael D. Wexler, Esq. (to be admitted *pro hac vice*)
Jason P. Stiehl, Esq. (to be admitted *pro hac vice*)
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

Attorneys for Plaintiff ITW Tech Spray, L.L.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
ITW Tech Spray, L.L.C.,                          :  **ECF Case**
                                                 :
                          Plaintiff,             :  Case No. 07-CV-6676
               vs.                               :
                                                 :
                                                 :  **AFFIDAVIT OF MICHAEL D.**
Tech Spray Management Company, L.L.C.,           :  **WEXLER, ESQ. IN SUPPORT**
Richard Russell and Rita Russell,                :  **OF *PRO HAC VICE* ADMISSION**
                                                 :
                                                 :
                          Defendants.            :
---------------------------------x

STATE OF ILLINOIS        )
                         )ss:
COUNTY OF COOK           )

    MICHAEL D. WEXLER, being duly sworn, deposes and says:

    1.    I am a partner of the law firm of Seyfarth Shaw LLP, counsel for plaintiff in the above-captioned action, and a member in good standing of the Bar of the State of Illinois as well as of the United States District Court for the Northern District of Illinois. I submit this affidavit in support of this motion for my *pro hac vice* admission to the United States District Court for

NY1 26478610.1

the Southern District of New York in the above-captioned action.

2. I am not under suspension or disbarment by any Court, nor are there any pending disciplinary proceedings against me in any State or Federal Court.

3. I have reviewed the local rules governing the United States District Court for the Southern and Eastern Districts of New York and shall comply with all said rules.

4. Annexed hereto as Exhibit A is a certificate of good standing issued by the United States District Court for the Northern District of Illinois within the past thirty (30) days stating that I am a member in good standing of the Bar.

WHEREFORE, I respectfully request that I be admitted *pro hac vice* to represent defendants in the above-captioned action in this court.

_____
MICHAEL D. WEXLER

Sworn and subscribed to before me
this 15th day of August 2007

_____
Notary Public

```
OFFICIAL SEAL
JUNE DENNIS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/10/07
```

2

NY1 26478610.1

David M. Monachino (DM 1527)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500

Michael D. Wexler, Esq. (to be admitted *pro hac vice*)
Jason P. Stiehl, Esq. (to be admitted *pro hac vice*)
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

Attorneys for Plaintiff ITW Tech Spray, L.L.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
ITW Tech Spray, L.L.C.,                          :   **ECF Case**
                                                 :
                    Plaintiff,                   :   Case No. 07-CV-6676
          vs.                                    :
                                                 :
                                                 :   **AFFIDAVIT OF JASON PATRICK**
Tech Spray Management Company, L.L.C.,           :   **STIEHL, ESQ. IN SUPPORT**
Richard Russell and Rita Russell,                :   **OF *PRO HAC VICE* ADMISSION**
                                                 :
                                                 :
                    Defendants.                  :
------------------------------------------------x

STATE OF ILLINOIS        )
                         )  ss:
COUNTY OF COOK           )

JASON PATRICK STIEHL, being duly sworn, deposes and says:

1.   I am an associate with the law firm of Seyfarth Shaw LLP, counsel for plaintiff in the above-captioned action, and a member in good standing of the Bar of the State of Illinois as well as of the United States District Court for the Northern District of Illinois. I submit this affidavit in support of this motion for my *pro hac vice* admission to the United States District Court for the Southern District of New York in the above-captioned action.

NY1 26478612.1

2. I am not under suspension or disbarment by any Court, nor are there any pending disciplinary proceedings against me in any State or Federal Court.

3. I have reviewed the local rules governing the United States District Court for the Southern and Eastern Districts of New York and shall comply with all said rules.

4. Annexed hereto as Exhibit B is a certificate of good standing issued by the United States District Court for the Northern District of Illinois within the past thirty (30) days stating that I am a member in good standing of the Bar.

WHEREFORE, I respectfully request that I be admitted *pro hac vice* to represent defendants in the above-captioned action in this court.

_____
JASON PATRICK STIEHL

Sworn and subscribed to before me
this [31] day of August 2007

_____
Notary Public

```
OFFICIAL SEAL
TERESA MARIE BROWN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-12-2008
```

2

NY1 26478612.1

# CERTIFICATE OF GOOD STANDING



*United States of America*

} ss. Michael Dale Wexler

*Northern District of Illinois*

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Michael Dale Wexler was duly admitted to practice in said Court on (12/19/1991) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (08/08/2007)

Michael W. Dobbins, Clerk,

By: David A. Jozwiak
Deputy Clerk

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Jason Patrick Stiehl

*Northern District of Illinois*

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Jason Patrick Stiehl was duly admitted to practice in said Court on (12/20/2001) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (08/08/2007 )

Michael W. Dobbins, Clerk,

By: David A. Jozwiak
Deputy Clerk

David M. Monachino (DM 1527)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500

Michael D. Wexler, Esq. (to be admitted *pro hac vice*)
Jason P. Steihl, Esq. (to be admitted *pro hac vice*)
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

Attorneys for Plaintiff ITW Tech Spray, L.L.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| ITW Tech Spray, L.L.C., | : | **ECF Case** |
| | : | |
| Plaintiff, | : | Case No. 07-CV-6676 |
| vs. | : | |
| | : | |
| | : | **ORDER** |
| Tech Spray Management Company, L.L.C., | : | |
| Richard Russell and Rita Russel, | : | |
| | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

This matter is before the Court on a Motion for Admission *Pro Hac Vice* pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York.  Upon consideration of this motion and supporting papers, it is, this ____ day of August 2007,

ORDERED that the Motion for Admission *Pro Hac Vice* for Michael D. Wexler, Esq. and Jason P. Stiehl, Esq. is GRANTED; and it is

NY1 26479328.1

-2-

FURTHER ORDERED that Michael D. Wexler, Esq. and Jason P. Stiehl, Esq., are hereby admitted to appear before this Court as counsel for Plaintiff in the above-captioned matter.

SO ORDERED.

_____
United States District Judge

NY1 26479328.1

David M. Monachino (DM 1527)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500

Michael D. Wexler, Esq. (to be admitted *pro hac vice*)
Jason P. Steihl, Esq. (to be admitted *pro hac vice*)
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

Attorneys for Plaintiff ITW Tech Spray, L.L.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
ITW Tech Spray, L.L.C.,                    : **ECF Case**
                                           :
              Plaintiff,                   : Case No. 07-CV-6676
       vs.                                 :
                                           :
                                           : **CERTIFICATE OF SERVICE**
Tech Spray Management Company, L.L.C.,     :
Richard Russell and Rita Russel,           :
                                           :
                                           :
              Defendants.                  :
---------------------------------x

I hereby certify that on August 17, 2007, I filed and served via certified mail, return receipt requested to the parties listed below, Plaintiff ITW Tech Spray, L.L.C.'s Notice of Motion to Admit Counsel *Pro Hac Vice* with supporting Affidavits.

    TO:    Tech Spray Management Company L.L.C.
               P.O. Box 949
               Amarillo, TX 79105

            Rita Russell
            P.O. Box 3036
            Carefree, AZ 85377

NY1 26479330.1

Richard Russell
P.O. Box 3036
Carefree, AZ 85377

Jeffrey G. Shrader, Esq.
Sprouse Shrader Smith P.C.
701 S. Taylor, Suite 500
Amarillo, Texas 79105

Vineet Bhatia, Esq.
Susman Godfrey, LLP
1000 Louisiana
Suite 5100
Houston, Texas 77002

_____
David M. Monachino (DM-1527)

2

NY1 26479330.1