

# SEYFARTH SHAW LLP
ATTORNEYS

620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
212-218-5556

Writer's e-mail
dmonachino@seyfarth.com

August 28, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 8 2007
```

**VIA FACSIMILE (212-805-6304)**

Honorable Judge Crotty
United States District Court
Southern District of New York
500 Pearl Street
Chambers Room 735
New York, New York 10007

> Re:   I.T.W. Tech Spray, L.L.C. v. Tech Spray Management Company et al.
>        Case No. 07-CV-6676; Application for Extension of Time for Defendants to Answer

Dear Judge Crotty:

This firm represents Plaintiff I.T.W. Tech Spray, L.L.C. ("Plaintiff") in the above-captioned action. Plaintiff commenced the above action on July 24, 2007 and all Defendants have accepted service of the Complaint. Defendants Tech Spray Management Company, L.L.C., Richard Russel and Rita Russell (collectively, "Defendants") are jointly represented by Jeffrey Shrader, Esq. of Sprouse Shrader Smith, P.C. and Vineet Bhatia, Esq. of Susman Godfrey, L.L.P., and join in this application. Plaintiff has consented to extend Defendants' time to answer or otherwise respond to Plaintiff's Complaint until September 14, 2007. There have been no prior applications by either party for any extensions of time.

Very truly yours,

SEYFARTH SHAW LLP

David M. Monachino

AUG 2 8 2007

SO ORDERED:

HON. JUDGE CROTTY

**MEMO ENDORSED**

NY1 26481562.1



Honorable Judge Crotty
August 28, 2007
Page 2

cc:  Jeffrey Shrader, Esq.
(via facsimile 806-373-3454)

Vineet Bhatia, Esq.
(via facsimile 713-654-6666)

Michael Wexler, Esq. (via email)
Jason Stiehl, Esq. (via email)

NY1 26481562.1