David M. Monachino (DM 1527)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500

Michael D. Wexler, Esq. (to be admitted *pro hac vice*)
Jason P. Steihl, Esq. (to be admitted *pro hac vice*)
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

Attorneys for Plaintiff ITW Tech Spray, L.L.C.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 4 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ITW Tech Spray, L.L.C., | : ECF Case |
| Plaintiff, | : Case No. 07-CV-6676 |
| vs. | : |
| | : ORDER |
| Tech Spray Management Company, L.L.C., Richard Russell and Rita Russel, | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

This matter is before the Court on a Motion for Admission *Pro Hac Vice* pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York. Upon consideration of this motion and supporting papers, it is, this 4th day of September 2007,

ORDERED that the Motion for Admission *Pro Hac Vice* for Michael D. Wexler, Esq. and Jason P. Stiehl, Esq. is GRANTED; and it is

NY1 26479328.1

FURTHER ORDERED that Michael D. Wexler, Esq. and Jason P. Stiehl, Esq., are hereby admitted to appear before this Court as counsel for Plaintiff in the above-captioned matter.

SO ORDERED.

*Paul A. Crotty*
United States District Judge