Vineet Bhatia (VB 9964)
SUSMAN GODFREY, L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
(713) 653-7855

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
ITW TECH SPRAY, L.L.C.,                                      :    ECF CASE
                                                             :
        Plaintiff,                                           :    Civil Action No. '07-CIV-6676
                                                             :    Judge Crotty
V.                                                           :
                                                             :
TECH SPRAY MANAGEMENT                                        :    **DEFENDANTS' RULE 7.1**
COMPANY, L.L.C., RICHARD RUSSELL                             :    **STATEMENT**
AND RITA RUSSELL,                                            :
                                                             :
        Defendants                                           :
                                                             :
------------------------------------------------------------ x

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Tech Spray Management Company, L.L.C., Richard Russell and Rita Russell herby certify that they are non-governmental parties and there are no corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held.

797554v1/009937                            1

Dated: September 14, 2007

                SUSMAN GODFREY, LLP

                By:  "/s/"
                      Vineet Bhatia (VB 9964)
                      1000 Louisiana Street, Suite 5100
                      Houston, Texas 77002
                      Telephone: (713) 653-7855
                      Facsimile: (713) 654-3344

                Attorneys for Defendants
                Tech Spray Management Company, LLC and
                Richard and Rita Russell

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 14th day of September 2007 with a copy of this document via the Court's CM/ECF system per Local Rule 5.2.

David Monachino
SEYFARTH SHAW, LLP
620 Eighth Avenue
New York, New York 10018-1405
dmonachino@seyfarth.com

Michael D. Wexler
Jason P. Stiehl
SEYFARTH SHAW, LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
mwexler@seyfarth.com
jstiehl@seyfarth.com

"/s/"
Vineet Bhatia