# SEYFARTH
## ATTORNEYS SHAW LLP

620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
212-218-5556

Writer's e-mail
dmonachino@seyfarth.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 1 2007
```

September 20, 2007

**VIA FACSIMILE (212-805-6304)**

Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
Chambers Room 735
New York, New York 10007

> Re:   I.T.W. Tech Spray, L.L.C. v. Tech Spray Management Company et al.
>       <u>Case No. 07-CV-6676 – Request for Alternative Conference Date</u>

Dear Judge Crotty:

We represent plaintiff I.T.W. Tech Spray, L.L.C. ("Plaintiff") in the above-referenced action. Defendants Tech Spray Management Company, L.L.C., Richard Russell and Rita Russell (collectively, "Defendants") are represented by Vineet Bhatia, Esq., Susman Godfrey, LLP and join in this application. Pursuant to Fed. R. Civ. P. 16, an initial conference has been scheduled for October 1, 2007. The parties respectfully request that that this conference be adjourned to any time on October 24th or 25th or in the morning of October 26th. There have been no prior applications by either party for an adjournment of a conference. However, the Court granted the Defendants' application to extend Defendants' time to answer or otherwise respond to Plaintiff's complaint (filed on or about July 24, 2007) until September 14, 2007.

Very truly yours,

SEYFARTH SHAW LLP

David M. Monachino

**MEMO ENDORSED**

Application GRANTED. The conference is adjourned to 10/24/07 at 3:15 pm in Courtroom 20-C.

SO ORDERED: SEP 2 0 2007

HON. PAUL A. CROTTY

cc:   Vineet Bhatia, Esq. (via facsimile 713-654-6666)

NY1 26484250.1

ATLANTA   BOSTON   CHICAGO   HOUSTON   LOS ANGELES   NEW YORK   SACRAMENTO   SAN FRANCISCO   WASHINGTON, D.C.   BRUSSELS