Vineet Bhatia (VB 9964)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
(713) 653-7855

Jeffrey G. Shrader
SPROUSE SHRADER SMITH, P.C.
701 S. Taylor, Suite 500
Amarillo, Texas 79105
(806) 468-3300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
                                              :
ITW TECH SPRAY, L.L.C.,                       :   ECF CASE
                                              :
            Plaintiff,                        :   Civil Action No. '07-CIV-6676
                                              :           Judge Crotty
V.                                            :
                                              :
TECH SPRAY MANAGEMENT                         :   **DEFENDANTS' INITIAL**
COMPANY, L.L.C., RICHARD RUSSELL              :   **DISCLOSURE STATEMENT**
AND RITA RUSSELL,                             :
                                              :
            Defendants.                       :
---------------------------------------------------------- x

      Defendants Techspray Management Company, L.L.C., Richard Russell and Rita Russell (collectively, "Defendants") submit the following initial disclosure statement in accordance with Fed. R. Civ. P. 26(1).

    **A.**    **The name and, if known, the address and telephone number of each individual likely to have discoverable information that the defendants may use to support their claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

      Defendants are aware of the following individuals who are likely to know, have or possess discoverable information:

-2-

John E. Grimes
Growth Capital Partners, L.P.
2626 Cole Avenue, Suite 240
Dallas, Texas 75209
(214) 303-1177
*Sale of Techspray.*

Kirsten Makel
Arkema
(215) 419-5381
*Techspray's 134a pricing.*

Steven Galaton
Agas
(215) 340-7788
*134a pricing.*

Dan Miller
Gary Swink
Mary Ann Spiegel
Stephen Houseal
Stephen Micatka
Phil Mancuso
ITW/ITWTechspray
*Purchase of Techspray.*

Bill E. Koskie
15115 Stonewick Dr.
Houston, Texas 77068-2425
(281) 893-2407
*Techspray's 134a pricing.*

Jimmy Witcher
(806) 382-7616
*Sale of Techspray.*

Sam Spradlin
(806) 322-2805
*Sale of Techspray.*

Richard G. Russell
P.O. Box 3036
Carefree, AZ 85377
(480) 595-0512
*Sale of Techspray.*

**B.     A copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the defendants and that the defendants may use to support their claims or defenses, unless solely for impeachment.**

1. Copies of documents placed in the due diligence data room. (These documents are under the control of Growth Capital Partners.)

2. Copies of financial projections and other financial analyses provided by Techspray to ITW. (These documents are under the control of Growth Capital Parterns or ITW Techspray.)

3. Copies of the Acquisition Agreement and related closing documents.

4. Copies of communications between or among Techspray , Growth Capital Partners and ITW related to the sale. (These documents are under the control of Growth Capital Partners, ITW or ITW Techspray.)

**C.     A computation of any category of damages claimed by the defendants.**

No damages are claimed by the defendants.

**D.     For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

The defendants have no insurance.

DATED this 16th day of October 2007.

SUSMAN GODFREY L.L.P.

By: "/s/"
Vineet Bhatia (VB 9964)
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 653-7855
Facsimile: (713) 654-3344

Attorneys for Defendants
Techspray Management Company, L.L.C.,
Richard Russell and Rita Russell

Of Counsel:

Jeffrey G. Shrader
SPROUSE SHRADER & SMITH, P.C.
701 S. Taylor, Suite 500
Amarillo, Texas 79105
Telephone: (806) 468-3300
Facsimile: (806) 373-3454

## **CERTIFICATE OF SERVICE**

  I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 16th day of October, 2007 with a copy of this document via the Court's CM/ECF system per Local Rule 5.2.

| | |
|---|---|
| David Monachino | Michael D. Wexler |
| SEYFARTH SHAW, LLP | Jason P. Stiehl |
| 620 Eighth Avenue | SEYFARTH SHAW, LLP |
| New York, New York 10018-1405 | 131 South Dearborn Street, Suite 2400 |
| dmonachino@seyfarth.com | Chicago, Illinois 60603 |
| | mwexler@seyfarth.com |
| | jstiehl@seyfarth.com |

                "/s/"
                Vineet Bhatia