IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ITW Tech Spray, L.L.C.,　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　: ECF Case
　　　　　　　　Plaintiff,　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　: 07 C 6676 (PAC)
　　　　v.　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　: **CIVIL CASE MANAGEMENT**
Tech Spray Management Company, L.L.C.,　　　　　　　: **PLAN AND SCHEDULING ORDER**
Richard Russell and Rita Russell,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Defendants.　　　　　　　　　　　　　　:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 4 2007
```

　　　　This Civil Case Management Plan, submitted in accordance with Rule 26(f), Fed. R. Civ. P., is adopted as the Scheduling Order of this Court in accordance with Rule 16(f) Fed. R. Civ. P.

1.　　All parties <u>do not consent</u> to conducting all further proceedings before a Magistrate Judge, including motions and trial, 28 U.S.C. § 636(c).

2.　　This case <u>is not</u> to be tried to a jury.

3.　　Amended pleading may not be filed and additional parties may not be joined except with leave of the Court. Any motion to amend or to join additional parties shall be filed within <u>60</u> days from the date of this Order.

4.　　Initial disclosures pursuant to Rules 26(a)(1), Fed. R. Civ. P. were exchanged on October 16, 2007.

5.　　All <u>fact</u> discovery shall be completed no later than __March 24, 2008__.

6.　　The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the written consent of all parties without application to the Court, provided all fact discovery is completed by the date set forth in paragraph 5 above:

　　　　a.　Initial requests for production of documents to be served by: __November 7, 2007__.

　　　　b.　Interrogatories to be served by __November 7, 2007__.

　　　　c.　Depositions to be completed by __March 24, 2008__.

　　　　d.　Requests to Admit to be served no later than __February 25, 2008__.

CH1 11333676.1

7.

    a. All <u>expert</u> discovery shall be completed no later than   <u>May 15, 2008</u>  .

    b. No later than thirty (30) days <u>prior to</u> the date in paragraph 5, <u>i.e.</u>, the completion of all fact discovery, the parties shall meet and confer on a schedule for expert disclosures, including reports, production of underlying documents and depositions, provided that (i) plaintiff's expert report(s) shall be due before those of the defendants' expert(s); and (ii) all expert discovery shall be completed by the date set forth in paragraph 7(a).

8. All motions and applications shall be governed by the Court's Individual Practices, including pre-motion conference requirements.

9. All counsel must meet face-to-face at least one hour to discuss settlement within fourteen (14) days following the close of fact discovery.

10.

    a. Counsel for the parties have discussed an informal exchange of information in aid of an early settlement of this case, and have exchanged limited information during an attempted mediation per the governing contract. The mediation was unsuccessful.

    b. Counsel for the parties have discussed the use of the following alternate dispute resolution mechanisms for use in this case: (i) a settlement conference before a Magistrate Judge; (ii) participation in the District's Mediation Program; and/or (iii) retention of a privately retained mediator. Counsel for the parties propose the following alternate dispute resolution mechanism for this case:    If an alternate dispute resolution mechanism seems appropriate, the parties propose to conduct a settlement conference before a Magistrate Judge.

    c. Counsel for the parties recommended that the alternate dispute resolution mechanism designated in paragraph b, be employed after the close of fact discovery.

    d. The use of any alternate dispute resolution mechanism does not stay or modify any date in this Order.

11. The Final Pretrial Submission Date is thirty (30) days following the close of fact and expert discovery (whichever is later). By the Final Pretrial Submission Date, the parties shall submit a Joint Pretrial Order prepared in accordance with the undersigned's Individual Practices and Rule 26(a)(3), Fed. R. Civ P. Any motions <u>in limine</u> (for which the promotion conference requirement is waived) shall be filed by the Final Pretrial Submission Date. Proposed findings of fact and conclusions of law should be submitted by the Final Pretrial Submission Date.

CH1 11333676.1

12. Counsel for the parties have conferred and their present best estimate of the length of trial is: __5-7 days__.

13. **Civil Case Management Plan Requirement**

| | |
|---|---|
| Motion to amend or join additional parties to be filed by no later than | December 24, 2007 |
| Initial Disclosure pursuant to Rule 26(a)(1), Fed R. Civ. P. to be served no later than | October 16, 2007 |
| All fact discovery to be completed no later than | March 24, 2008 |
| Discovery—initial requests for production of documents to be served no later than: | November 7, 2007 |
| Discovery—interrogatories to be served no later than: | November 7, 2007 |
| Discovery—depositions to be completed no later than: | March 24, 2008 |
| Discovery – requests to admit to be served no later than: | February 25, 2008 |
| All expert discovery to be completed no later than: | May 15, 2008 |
| Parties to meet and confer on scheduled expert disclosures no later than: | April 24, 2008 |
| All counsel to meet face-to-face to discuss settlement no later than: | April 7, 2008 |
| Date recommended by counsel for alternate dispute resolution | April 14, 2008 |

**TO BE COMPLETED BY COURT:**

14. The next Case Management is scheduled for __January 16, 2008 – 3:00pm__.

This ORDER may not be modified or the dates herein extended, except by further Order of this Court for good cause shown. Any application to modify or extend shall be made in a written application in accordance with paragraph 1(E) of the Court's Individual Practices and shall be made no less than two (2) days prior to the expiration of the date sought to be extended.

_____
Paul A. Crotty
United States District Judge

Dated:   New York, New York
         October 14, 2007

3

CH1 11333676.1