David M. Monachino (DM 1527)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500

**ORIGINAL**

Michael D. Wexler, Esq. (admitted *pro hac vice*)
Jason P. Stiehl, Esq. (admitted *pro hac vice*)
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

Attorneys for Plaintiff ITW Tech Spray, L.L.C.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

ITW Tech Spray, L.L.C.,

                Plaintiff,

    v.

Tech Spray Management Company, L.L.C.,
Richard Russell and Rita Russell,

                Defendants.
------------------------------------x

ECF Case

07 Civ. 6676 (Judge Crotty)

**CERTIFICATE OF SERVICE
(AMENDED)**

I hereby certify the following counsel of record is being served on this 21st day of December 2007 with a copy of Plaintiff ITW Tech Spray, L.L.C.'s First Amended Complaint via Federal Express and via e-mail.

TO:    Vineet Bhatia, Esq.
        Susman Godfrey, LLP
        1000 Louisiana
        Suite 5100
        Houston, Texas 77002
        Email: vbhatia@susmangodfrey.com, mreeves@susmangodfrey.com

                                    /S/
                         David M. Monachino (DM-1527)

NY1 26495859.2