(RSTTF/S-

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 1 2008

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

ITW Tech Spray, L.L.C., : ECF Case
: 
        Plaintiff, : 07 Civ. 6676 (JAC)
: 
v. : **STIPULATION OF DISMISSAL**
: 
Tech Spray Management Company, L.L.C., :
Richard Russell and Rita Russell, :
: 
        Defendants. :
: 

---------------------------------x

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)**

Pursuant to Federal Rule of Civil Procedure 41(a), and the parties' confidential settlement agreement, Plaintiff ITW Tech Spray, L.L.C. and Defendants Tech Spray Management Company, L.L.C., Richard Russell and Rita Russell stipulate to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs, except that: 1) this Court shall retain jurisdiction of the parties and this action to enforce the terms of settlement and 2) the environmental permitting matter identified in the action may be re-filed pursuant to the terms of the settlement agreement only. The Clerk of Court is directed to close out this case.

Respectfully submitted,

ITW TECH SPRAY, L.L.C

By: _____
David Monachino (DM-1527)
Michael D. Wexler, Esq.
(admitted *pro hac vice*)
Jason P. Stiehl, Esq.
(admitted *pro hac vice*)
620 Eighth Avenue
New York, New York 10018-1405
Telephone: (212) 218-5500
Facsimile: (212) 218-5526

Respectfully submitted,

TECH SPRAY MANAGEMENT COMPANY, L.L.C., RICHARD RUSSELL AND RITA RUSSELL

_____
Vineet Bhatia (VB 9964)
SUSMAN GODFREY, L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
(713) 653-7855

Jeffrey G. Shrader
SPROUSE SHRADER SMITH, P.C.
701 S. Taylor, Suite 500
Amarillo, Texas 79105
(806) 468-3300

SO ORDERED: JUL 21 2008

_____
U.S.D.J.

2
CH1 11476014.1